**TOSHIBA CORPORATION, Appellant**

v.

**OPTICAL DEVICES, LLC, Appellee**

2016-2012, 2016-2013, 2016-2014

United States Court of Appeals,
Federal Circuit.

May 15, 2017

STANLEY JOSEPH PANIKOWSKI, III, DLA Piper US LLP, San Diego, CA, argued for appellant. Also represented by MARK D. FOWLER, ALAN LIMBACH, CARRIE LYNNE WILLIAMSON, BRENT YAMASHITA, East Palo Alto, CA.

STEPHEN JON TYTRAN, Scenera Research LLC, Ports-mouth, NH, argued for appellee. Also represented by THEODOSIOS THOMAS.

(Newman, Schall, and Wallach, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**Vincent E. BARNA, Plaintiff-Appellant**

v.

**UNITED STATES, Defendant-Appellee**

2016-2588

United States Court of Appeals,
Federal Circuit.

May 17, 2017

ERIC SEBASTIAN MONTALVO, The Federal Practice Group Worldwide Service, Washington, DC, argued for plaintiff-appellant.

CHRISTOPHER L. HARLOW, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., DEBORAH A. BYNUM.

(O'Malley, Hughes, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**